**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6179**

---

JOHN A. FREEMAN, II,

                                        Plaintiff - Appellant,

        versus

W. P. ROGERS, Regional Administrator; D. R.
GUILLORY, Superintendent; VIRGINIA FAITHFUL
PERFORMANCE BOND PLAN; L. JARVIS, Warden,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., District Judge. (CA-95-929-2)

---

Submitted:  July 10, 1997          Decided:  July 23, 1997

---

Before RUSSELL, HALL, and MURNAGHAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

John A. Freeman, II, Appellant Pro Se.  Lance Bradford Leggitt, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Freeman v. Rogers, No. CA-95-929-2 (E.D. Va. Jan. 29, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED